FILED

OCT 2 2 2019

Clerk, U.S. District Court
District Of Montana
Missoula



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–06–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| JAY CURTIS TUDOR, | |
| Defendant. | |

The United States has moved to dismiss the indictment in this case with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Upon review of the motion and good cause appearing,

IT IS ORDERED that the motion (Doc. 4) is GRANTED. The indictment is DISMISSED with prejudice.

DATED this _22nd_ day of October, 2019.

Donald W. Molloy, District Judge
United States District Court